IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TYRELL AINSWORTH,**<br><br>          Plaintiff,<br><br>     v.<br><br>**R. HUNTER,**<br><br>          Defendant. | Case No. 2:24-cv-01347-DAD-CSK (PC)<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO OPT OUT OF POST-SCREENING ADR PROJECT** |

   Plaintiff Tyrell Ainsworth is a state prisoner proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983. By order filed January 14, 2025, this case was referred to the Court's Post-Screening ADR (Alternative Dispute Resolution) Project and stayed for 120 days. (ECF No. 32). That order provided defendant the opportunity to request opting out of the early ADR based on a good faith belief that a settlement conference would be a waste of resources. (Id. at 2). Defendant now requests to opt out of the Post-Screening ADR Project and that the stay be lifted. Having reviewed the request, the Court finds good cause to grant defendant's request.

   Accordingly, **IT IS HEREBY ORDERED** that:

   1. Defendant's motion to opt out of the Post-Screening ADR Project (ECF No. 35) is granted;

   2. The stay of this action is lifted; and

1

[Proposed] Order Granting Def.'s Unopposed Motion to Opt Out of Post-Screening Early ADR (Case No. 2:24-cv-01347-DAD-CSK (PC))

3.  Within thirty days of service of this order, defendant shall file a response to the first amended complaint.

Dated: February 27, 2025

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Ains1347.opt/2

2

[Proposed] Order Granting Def.'s Unopposed Motion to Opt Out of Post-Screening Early ADR (Case No. 2:24-cv-01347-DAD-CSK (PC))