IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TYRELL AINSWORTH,**<br><br>  Plaintiff,<br><br>  v.<br><br>**R. HUNTER,**<br><br>  Defendant. | Case No. 2:24-cv-01347-DAD-CSK P<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO STAY CASE** |

   Plaintiff Tyrell Ainsworth is proceeding without counsel. On February 28, 2025, the Court granted defendant Hunter's motion to opt out of the Post-Screening ADR Project and ordered defendant Hunter to file a response to plaintiff's amended complaint within thirty days. (ECF No. 36.) On March 21, 2025, defendant Hunter filed motions to revoke Plaintiff Ainsworth's in forma pauperis status and to stay the case pending resolution of her motion. (ECF Nos. 37, 38.)

   Having read and considered Defendant Hunter's motion to stay the case, this Court finds good cause to vacate current deadlines and stay this case. This case is stayed pending further order of the Court.

   Accordingly, **IT IS HEREBY ORDERED** that:

   1.   Defendant Hunter's motion to stay the case (ECF No. 38) is **GRANTED**;

   2.   Defendant Hunter is relieved from filing a responsive pleading at this time; and

3. If appropriate, new deadlines will issue following the resolution of Defendant Hunter's motion to revoke Plaintiff's in forma pauperis status.

Dated: March 31, 2025

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Ains1347.sta/2