UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRELL AINSWORTH, | No. 2:24-cv-1347 DAD CSK |
| Plaintiff, | |
| v. | FINDINGS & RECOMMENDATIONS |
| R. HUNTER, | |
| Defendant. | |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. By order filed November 4, 2025, the Court revoked plaintiff's in forma pauperis status and ordered plaintiff to pay the $405 filing fee within thirty days. (ECF No. 52.) The Court warned plaintiff that failure to pay the required filing fee would result in dismissal of this action. (Id.) Thirty days passed from November 4, 2025 and plaintiff did not pay the filing fee.

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed. See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court and serve a copy on all parties. Such a document should be captioned

1

"Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: December 11, 2025

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Ains1347.fr/2

2