UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRELL AINSWORTH, | No. 2:24-cv-1347 DAD CSK P |
| Plaintiff, | |
| v. | ORDER |
| R. HUNTER, | |
| Defendant. | |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On November 4, 2025, the Honorable Dale A. Drozd granted defendant's motion to revoke plaintiff's in forma pauperis status pursuant to 28 U.S.C. § 1915(g). (ECF No. 52.) Judge Drozd ordered plaintiff to pay the filing fee within thirty days. (Id.) Thirty days passed and plaintiff did not pay the filing fee. Accordingly, on December 11, 2025, this Court recommended that this action be dismissed. (ECF No. 53.)

On December 15, 2025, plaintiff filed a motion to reconsider the November 4, 2025 order. (ECF No. 54.) Plaintiff's motion for reconsideration is pending before Judge Drozd. For this reason, the December 11, 2025 findings and recommendations are vacated.

Accordingly, IT IS HEREBY ORDERED that the December 11, 2025 findings and recommendations (ECF No. 53) are vacated.

///

1

Dated:  January 13, 2026

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Ains1347.vac/2