UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRELL AINSWORTH,<br>Plaintiff,<br>v.<br>R. HUNTER,<br>Defendant. | No. 2:24-cv-1347 DAD CSK P<br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed. (ECF No. 61.)

Accordingly, IT IS HEREBY ORDERED that defendant shall notify this court, within seven days, whether they have any objection to the dismissal of this action. Should defendant fail to respond, plaintiff's request will be granted pursuant to Fed. R. Civ. P. 41(a)(2).

Dated: October 29, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Ains1347.ord/2