UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TYRELL AINSWORTH,

Plaintiff,

v.

R. HUNTER,

Defendant.

No. 2:24-cv-1347 DAD CSK P

ORDER

Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed. (ECF No. 61.) On October 30, 2026, defendant notified the court that she has no objection to dismissal of this action. (ECF No. 63.) Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall be honored.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed.

Dated: November 4, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Ains1347.dis/2